Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
    SHARON LEMKE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LEMKE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:23-cv-00698-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR MODIFICATION OF SCHEDULING ORDER [ECF No. 4] |

    Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 4] should be modified. Plaintiff's time to move for summary judgment should be extended from 9/4/2023 [sic] to 9/26/2023, all other deadlines to be determined by reference to the Court's scheduling order, and that good cause supports the extension of time.

    This is Plaintiff's second request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes the administrative record is unusually large, exceeding 2200 pages, such that counsel has been unable to complete Plaintiff's motion for summary judgment to the professional standards of the Court, as of the date of this stipulation, despite diligence and requires the further extension to do so considering intervening deadlines associated with an upcoming one month civil trial currently scheduled to commence November 14, 2023.

    This request is made jointly in good faith, without dilatory motive, and not for purposes of

undue delay or to prejudice the interest of any party.

    SO STIPULATED AND AGREED, September 5, 2023

| WEEMS LAW OFFICES | | PHILLIP A. TALBERT, |
| --- | --- | --- |
| | |   United States Attorney |
| | | MATHEW W. PILE, |
| | |   Assoc. Gen. Counsel, Soc. Sec. Admin. |
| | |   Office of Program Litigation, Office 7 |
| | | FRANCO L. BECIA |
| | |   Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems* | By: | */s/ Franco L. Becia* |
| ROBERT C. WEEMS, | | FRANCO L. BECIA |
| Attorney for Plaintiff | | Sp. Asst. U.S. Attorney, |
| | | Attorney for Defendant |
| | | (per email authorization) |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   September 6, 2023    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE