1  Robert C Weems (SBN 148156)
   WEEMS LAW OFFICES
2  526 3rd St., Ste. A-2
   San Rafael, CA 94901
3  Ph: 415.881.7653
   Fx: 866.610.1430
4  Email: rcweems@weemslawoffices.com

5  Attorney for Plaintiff,
        SHARON LEMKE

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  SHARON LEMKE,                             Case No. 2:23-cv-00698-JDP

12          Plaintiff,                        STIPULATION AND ~~PROPOSED~~ ORDER
                                              FOR MODIFICATION OF SCHEDULING
13  v.                                        ORDER [ECF No. 4]

14  COMMISSIONER OF SOCIAL SECURITY,

15          Defendant.

16      Subject to the approval and any further orders of the Court, the parties, by and through

17 counsel of record, stipulate and agree that the scheduling order for Social Security cases in this

18 action [ECF No. 4] should be modified. Plaintiff's time to move for summary judgment should be

19 extended from 9/26/2023 to 10/26/2023, all other deadlines to be determined by reference to the

20 Court's scheduling order, and that good cause supports the extension of time.

21      This is Plaintiff's third request for modification of the scheduling order. Good cause

22 supporting the extension of the filing deadline includes the administrative record is unusually

23 large, exceeding 2200 pages, such that counsel has been unable to complete Plaintiff's motion for

24 summary judgment to the professional standards of the Court, as of the date of this stipulation,

25 despite diligence in new drafting and requires the further extension to do so considering

26 intervening deadlines associated with an upcoming one month civil trial currently scheduled to

27 commence November 14, 2023.

28      This request is made jointly in good faith, without dilatory motive, and not for purposes of

undue delay or to prejudice the interest of any party.

     SO STIPULATED AND AGREED, September 26, 2023

| WEEMS LAW OFFICES | PHILLIP A. TALBERT,<br>  United States Attorney<br>MATHEW W. PILE,<br>  Assoc. Gen. Counsel, Soc. Sec. Admin.<br>  Office of Program Litigation, Office 7<br>FRANCO L. BECIA<br>  Sp. Asst. U.S. Attorney |
|---|---|
| */s/Robert C. Weems*<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By:    */s/ Franco L. Becia*<br>FRANCO L. BECIA<br>Sp. Asst. U.S. Attorney,<br>Attorney for Defendant<br>(per email authorization) |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:    October 4, 2023                   _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE