1  Robert C Weems (SBN 148156)
   WEEMS LAW OFFICES
2  526 3rd St., Ste. A-2
   San Rafael, CA 94901
3  Ph: 415.881.7653
   Fx: 866.610.1430
4  Email: rcweems@weemslawoffices.com

5  Attorney for Plaintiff,
        SHARON LEMKE
6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 SHARON LEMKE,                          Case No. 2:23-cv-00698-JDP

12         Plaintiff,                     STIPULATION AND ~~PROPOSED~~ ORDER
                                          FOR MODIFICATION OF SCHEDULING
13 v.                                     ORDER [ECF No. 4]

14 COMMISSIONER OF SOCIAL SECURITY,

15         Defendant.

16      Subject to the approval and any further orders of the Court, the parties, by and through

17 counsel of record, stipulate and agree that the scheduling order for Social Security cases in this

18 action [ECF No. 4] should be modified. Plaintiff's time to move for summary judgment should be

19 extended from 10/26/2023 to 12/26/2023, all other deadlines to be determined by reference to the

20 Court's scheduling order, and that good cause supports the extension of time.

21      This is Plaintiff's fourth request for modification of the scheduling order. Good cause

22 supporting the extension of the filing deadline includes the administrative record is unusually

23 large, exceeding 2260 pages, such that it has been more difficult to read and review the

24 voluminous record. It was originally anticipated completion by 10/26/2023, but now Counsel

25 estimates being only 75% complete in review and drafting. Counsel now believes an additional

26 sixty (60 days) is needed to be able to complete Plaintiff's motion for summary judgment to the

27 professional standards of the Court, as of the date of this stipulation, despite diligence in new

28 drafting.  The one month civil trial previously scheduled to commence November 14, 2023 has

now been moved to January 2024.

  This request is made jointly in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

  SO STIPULATED AND AGREED, September 26, 2023

| WEEMS LAW OFFICES | | PHILLIP A. TALBERT, |
|---|---|---|
| | |  United States Attorney |
| | | MATHEW W. PILE, |
| | |  Assoc. Gen. Counsel, Soc. Sec. Admin. |
| | |  Office of Program Litigation, Office 7 |
| | | FRANCO L. BECIA |
| | |  Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems* | By: | */s/ Franco L. Becia* |
| ROBERT C. WEEMS, | | FRANCO L. BECIA |
| Attorney for Plaintiff | | Sp. Asst. U.S. Attorney, |
| | | Attorney for Defendant |
| | | (per email authorization) |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: November 1, 2023         _____
                           JEREMY D. PETERSON
                           UNITED STATES MAGISTRATE JUDGE