Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
    SHARON LEMKE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LEMKE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:23-cv-00698-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR MODIFICATION OF SCHEDULING ORDER ECF No. 4 |

Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 4] should be again modified. Plaintiff's time to move for summary judgment should be extended from 12/26/2023 to 1/9/2024, all other deadlines to be determined by reference to the Court's scheduling order, and that good cause supports the extension of time.

This is Plaintiff's fourth request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes Mr. Weems came down with a severe cough and mailaise prior to Christmas interfering with his drafting ability requiring the further extension to recover from his illness.

This request is made jointly in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, December 26, 2023.

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
| --- | --- |
| | United States Attorney |
| | MATHEW W. PILE, |
| | Assoc. Gen. Counsel, Soc. Sec. Admin. |
| | Office of Program Litigation, Office 7 |
| | FRANCO L. BECIA |
| | Sp. Asst. U.S. Attorney |

*/s/Robert C. Weems*         By:   */s/ Franco L. Becia*
ROBERT C. WEEMS,                    FRANCO L. BECIA
Attorney for Plaintiff              Sp. Asst. U.S. Attorney,
                                    Attorney for Defendant
                                    (per email authorization from
                                    Martin, Justin L. OGC OBO
                                    Franco L. Becia))

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   December 28, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE