UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LEMKE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  2:23-cv-00698-JDP (SS)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE HER MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 21<br><br>RESPONSE DUE JANUARY 16, 2024 |

Plaintiff has filed her sixth motion for an extension of time to file her motion for summary judgment. ECF No. 21.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 21, is granted.

2. Plaintiff is granted until January 16, 2024, to file her motion for summary judgment.

3. Failure to comply with this order will result in the dismissal of this action.

4. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:    January 11, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE