PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
    6401 Security Blvd.
    Baltimore, Maryland
    Telephone: (510) 970-4819
    Facsimile: (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHARON LEMKE,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-00698-JDP<br><br>STIPULATION FOR EXTENSION FOR DEFENDANT'S BRIEF |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the due date for Defendant's responsive filing to Plaintiff's brief will be extended from February 21, 2024 to April 8, 2024.

    Defendant's counsel respectfully seeks this additional time to review Plaintiff's arguments and prepare a response. Defendant's counsel was re-assigned this case on January 26, when she was out on leave for a surgery. When she returned in early February, she had several administrative records to review and evaluate. In late February and March, she has 4 briefs to prepare and approximately 18 cases to review and evaluate.

Respectfully submitted,

Dated: February 20, 2024         /s/  *Geralyn Gulseth for Robert Weems\**
ROBERT WEEMS
Attorney for Plaintiff
(\*signature authorized via e-mail 2/20/2024)

Dated:  February 20, 2024        PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:     /s/  *Geralyn Gulseth*
GERALYN GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the due date for Defendant's responsive brief shall be extended to April 8, 2024.

IT IS SO ORDERED.

Dated:    February 23, 2024         _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE